IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: SHAWN C. MARSH )
)
First Horizon Home Loan Corporation, )
   Creditor, )
)
vs. ) CASE NO. 06B04677
) JUDGE Jack B. Schmetterer
SHAWN C. MARSH, )
   Debtor )

## RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE

Now comes First Horizon Home Loan Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the October 2007 contractual payment and all those thereafter.

2. The Trustee's final payment of $862.29 was returned and there is still $862.29 owing on First Horizon Home Loan Corporation's proof of claim.

3. The following is an itemization of the amounts due on the loan as of March 28, 2008:

| | |
|---|---|
| a. Late Charges | $43.38 |
| b. Inspection Fees | $15.00 |
| c. Remainder of claim | $862.29 |
| Total | $920.67 |

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice, First Horizon Home Loan Corporation rights to collect these amounts will be unaffected.

                                      Respectfully Submitted,
                                      First Horizon Home Loan
                                      Corporation

                                        /s/A. Stewart Chapman
                                        A. Stewart Chapman
                                        ARDC#6255733

                                      Pierce and Associates, P.C.
                                      1 North Dearborn
                                      13t$^h$ Floor
                                      Chicago, Illinois 60602
                                      (312)346-9088